IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES, AND ENERGY; AND THE MICHIGAN DEPARTMENT OF NATURAL RESOURCES, | No.  1:20-cv-528 |
| Plaintiffs, | HON. PAUL L. MALONEY |
| v | |
| LEE MUELLER; BOYCE MICHIGAN, LLC; EDENVILLE HYDRO PROPERTY, LLC; BOYCE HYDRO POWER LLC; BOYCE HYDRO, LLC; WD BOYCE TRUST 2350; WD BOYCE TRUST 3649; WD BOYCE TRUST 3650, | **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

| | |
|---|---|
| Nathan A. Gambill (P75506) | Anthony J. Kochis (P72020) |
| Danielle Allison-Yokom (P70950) | Kelsey Ann Postema (P85428) |
| Assistant Attorneys General | Attorneys for Liquidating Trustee |
| Attorneys for Plaintiffs | Wolfson Bolton PLLC |
| Michigan Department of Attorney General | 3150 Livernois, Ste. 275 |
| Environment, Natural Resources, and Agriculture Division | Troy, MI 48083 |
| P.O. Box 30755 | (248) 247-7105 |
| Lansing, MI 48909 | akochis@wolfsonbolton.com |
| (517) 335-7664 | |
| gambilln@michigan.gov | |
| allisonyokomd@michigan.gov | |

_____/

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**ORAL ARGUMENT REQUESTED**

                                         Dana Nessel
                                         Attorney General

                                         Nathan A. Gambill (P75506)
                                         Danielle Allison-Yokom (P70950)
                                         Assistant Attorneys General
                                         Attorneys for Plaintiffs
                                         Michigan Department of Attorney General
                                         Environment, Natural Resources, and Agriculture Division
                                         P.O. Box 30755
                                         Lansing, MI 48909
                                         (517) 335-7664
                                         gambilln@michigan.gov
                                         allisonyokomd@michigan.gov

Dated: May 25, 2023

# MOTION FOR SUMMARY JUDGMENT

# ORAL ARGUMENT REQUESTED

Plaintiffs move under Rule 56 that the Court enter summary judgment against defendants Boyce Michigan, LLC, Boyce Hydro Power LLC, Boyce Hydro, LLC, WD Boyce Trust 2350, WD Boyce Trust 3649, and WD Boyce Trust 3650. The background and support for this motion is provided in the brief accompanying the motion. Defendants oppose the motion.

Respectfully submitted,

Dana Nessel
Attorney General

/s/ *Nathan A. Gambill*
Nathan A. Gambill (P75506)
Danielle Allison-Yokom (P70950)
Assistant Attorneys General
Attorneys for Plaintiffs
Michigan Department
of Attorney General
Environment, Natural Resources,
and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
gambilln@michigan.gov
allisonyokomd@michigan.gov

Dated: May 25, 2023

LF:  Dam-Mueller, Boyce Hydro (EGLE & DNR v)/AG# 2020-0291918-C-L/Motion for Summary Judgment 2023-05-25